UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CLINTON ALLEN CRAWFORD, )
         Petitioner, )
) No. 2:16-cv-179
-v- )
) Honorable Paul L. Maloney
JEFFREY WOODS, )
         Respondent. )
)

## JUDGMENT

The Court has denied the petition for habeas relief. All pending claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 10, 2019          /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge